*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, ATTANASIO, and McCOY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Eliseo GARCIA**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202300319**

_____

Decided: 26 June 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ryan C. Lipton

Sentence adjudged 15 August 2023 by a special court-martial convened at Marine Corps Recruit Depot Parris Island, South Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 12 months, forfeiture of $1,278.00 pay per month for 12 months, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Matthew A. Kozyra, JAGC, USN*

---

[1] Appellant received 165 days of confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.